No. **CR 07 00613**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA S.J.

---

### THE UNITED STATES OF AMERICA

vs.

### CHRISTOPHER BURT WILTSEE

---

### INDICTMENT

**COUNT ONE:**   18 U.S.C. § 2252(a)(4)(B) - Possession of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct

---

*A true bill.*

_____
*Foreperson*

*Filed in open court this* __26th__ *day of* __September__
*A.D. 200*__7__

_____
*United States Magistrate Judge*

Bail. $ No Bail Warrant

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

FILED

2007 SEP 26  P 4: 14

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07 00613 |
| Plaintiff, | VIOLATION: 18 U.S.C. § 2252(a)(4)(B) - Possession of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct |
| v. | |
| CHRISTOPHER BURT WILTSEE, | SAN JOSE VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about June 6, 2005, in the Northern District of California, the defendant,

CHRISTOPHER BURT WILTSEE,

who was at the time employed at the Ames Research Center of the National Aeronautics and Space Administration (NASA-ARC), did knowingly and intentionally possess on a NASA-ARC government computer certain matter, to wit, images, which visual depictions had been mailed and transported in interstate and foreign commerce by any means, including by computer, and the producing of which visual depictions (1) involved the use of one or more minors engaging in

//

//

INDICTMENT

1  sexually explicit conduct, and (2) were of such conduct, in violation of Title 18, United States
2  Code, Section 2252(a)(4)(B).
3  DATED: 9/26/07                                A TRUE BILL.
4
5                                                 _____
                                                  FOREPERSON
6
7  SCOTT N. SCHOOLS
   United States Attorney
8
9
10 DAVID R. CALLAWAY
   Deputy Chief, San Jose Branch Office
11
12 (Approved as to form: _____ )
                          AUSA FAZIOLI
13

INDICTMENT                              2

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED 2007 SEP 26 P 4:14
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**OFFENSE CHARGED**
18 USC § 2252(a)(4)(B)- Poss. of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

**PENALTY:**
Ten (10) Years Imprisonment, $250,000 Fine, Life Term Supervised Release, $100 Special Assessment and Registration as a Sex Offender

**DEFENDANT - U.S.**
CHRISTOPHER BURT WILTSEE

**DISTRICT COURT NUMBER**
CR 07 00613 JF

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
NASA-OIG- Sammy Martin, SA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Joseph A. Fazioli, AUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: