# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHRISTOPHER BURT WILTSEE ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. CR 07-00613 <br><br> EX-PARTE APPLICATION FOR ORDER ALLOWING DEFENDANT TO TRAVEL OUT OF THE STATE OF CALIFORNIA; DECLARATION OF ALAN BAUM; (PROPOSED) ORDER |

Defendant, by and through her attorney of record, Alan Baum, hereby applies, ex-parte, for an order allowing him to travel out of the State of California, as set forth in detail in the attached Declaration of Alan Baum

DATED: October 23, 2007

                                               /s/ Alan Baum
                                               ALAN BAUM
                                               Attorney for Defendant

## DECLARATION OF ALAN BAUM

Alan Baum, being first duly sworn, does declare and state:

1. I am the attorney of record for the Defendant herein and state the following based upon my own personal knowledge and upon information and belief. I file this declaration in support of defendant's request for a court order allowing him to travel out of the state of California, as set forth in greater detail herein.

2. Defendant desires to travel to Las Vegas, Nevada to attend a birthday party for his brother. Defendant intends, if allowed, to leave San Jose airport and to fly to Las Vegas on Saturday, November 3, 2007. He will be staying at the Stratosphere Towers Hotel, 2000 Las Vegas Blvd. South. The hotel's telephone number is (888) 212-0093. Defendant plans on returning to San Jose on Sunday, November 4, 2007. The party for his brother will be at the Bellagio Hotel in Las Vegas on Saturday, November 3, 2007.

3. I have presented this request and proposed itinerary to Laura Weigel of Pretrial Services and she has indicated that she has no objection to the requested travel. I have been trying to reach the AUSA on this case, Joseph Fazioli, but have not spoken with him.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed this 23nd day of October, 2007 at Woodland Hills, California.

/s/ Alan Baum
ALAN BAUM

# (PROPOSED) ORDER

Upon application by the defendant and good cause appearing therefore, IT IS HEREBY ORDERED that defendant is permitted by the Court to travel out of the State of California, as follows

Defendant may leave San Jose airport and fly to Las Vegas on Saturday, November 3, 2007. He may stay at the Stratosphere Towers Hotel, 2000 Las Vegas Blvd. South. The hotel's telephone number is (888) 212-0093. Defendant shall return to San Jose on Sunday, November 4, 2007. The defendant may attend the party for his brother at the Bellagio Hotel in Las Vegas on Saturday, November 3, 2007.

All other conditions of release shall remain the same.

Dated: October      , 2007

_____
RICHARD SEEBORG
United States Magistrate Judge