# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, December 5, 2007
**Case Number:** CR-07-00613-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Irene Rodriguez

---

**TITLE:**      **UNITED STATES OF AMERICA V. CHRISTOPHER WILTSEE**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Christopher Wiltsee |
| Attorneys Present: Joseph Fazioli | Attorneys Present: Alan Baum |

PROCEEDINGS:

    Further status review hearing held.  Counsel and defendant are present. Continued to 1/16/08 at 9:00 a.m. for further status review.  42 days are excluded for the reasons stated.