1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9  UNITED STATES OF AMERICA    )    CASE NO. CR 07-00613
                        )

10                          )    EX-PARTE APPLICATION FOR
        Plaintiff,        )    ORDER ALLOWING DEFENDANT

11                          )    TO TRAVEL OUT OF THE STATE
        vs.            )    OF CALIFORNIA; DECLARATION

12                          )    OF ALAN BAUM; (PROPOSED)
  CHRISTOPHER BURT WILTSEE    )    ORDER

13                          )
        Defendant.      )

14 _____ )

15

16     Defendant, by and through her attorney of record, Alan Baum, hereby applies, ex-parte, for

17 an order allowing him to travel out of the State of California, as set forth in detail in the attached

18 Declaration of Alan Baum

19

20

21

22 DATED:  December 14, 2007

23                              _/s/ Alan Baum_____
                             ALAN BAUM

24                              Attorney for Defendant

25

26

27

28

1

1

**DECLARATION OF ALAN BAUM**

2    Alan Baum, being first duly sworn, does declare and state:

3    1. I am the attorney of record for the Defendant herein and state the following based upon

4    my own personal knowledge and upon information and belief. I file this declaration in support of

5    defendant's request for a court order allowing him to travel out of the state of California, as set forth

6    in greater detail herein.

7    2. Defendant desires to travel to New Jersey, Virginia and Massachusetts beginning on

8    December 23, 2007 and returning to California on January 3, 2008, for the purpose of attending

9    family holiday parties with his family and his wife's family. The specific itinerary is as follows:

10    Depart California 12/23/07 to Basking Ridge, New Jersey; local address 20 Hunter Lane,

11    Basking Ridge, NJ 07920;

12    Depart Basking Ridge 12/26/07 to Alexandria, VA; local address 6151 Cilantro, Alexandria,

13    VA 22310;

14    Depart Alexandria 12/29/07 to Concord, MA; local address 100 Newbury Court, Concord,

15    MA 01742;

16    Depart Concord 12/31/07 to Basking Ridge, NJ, same local address as above;

17    Return to California 1/3/08.

18    3. I have presented this request and proposed itinerary to Laura Weigel of Pretrial Services

19    who has indicated that she has no objection to the requested travel. Ms. Weigel has discussed with

20    both the defendant and his wife who will be attending theses family events and has been assured that

21    there will be no minor children present at any of them. Ms. Weigel has discussed this request with

22    AUSA Joseph Fazioli who has indicated that the government has no objection to the requested travel

23    I declare under penalty of perjury that the foregoing is true and correct, to the best of my

24    knowledge and belief.

25    Executed this 14th day of December, 2007 at Woodland Hills, California.

26

27    _____/s/ Alan Baum_____

28    ALAN BAUM

2

1

2                                  (PROPOSED) ORDER

3          Upon application by the defendant and good cause appearing therefore, IT IS HEREBY

4  ORDERED that defendant is permitted by the Court to travel out of the State of California, as

5  follows

6          Defendant may leave California on December 23, 2007 and travel as follows:

7                  Depart California 12/23/07 to Basking Ridge, New Jersey; local address 20 Hunter

8  Lane, Basking Ridge, NJ 07920;

9          Depart Basking Ridge 12/26/07 to Alexandria, VA; local address 6151 Cilantro, Alexandria,

10  VA 22310;

11          Depart Alexandria 12/29/07 to Concord, MA; local address 100 Newbury Court, Concord,

12  MA 01742;

13          Depart Concord 12/31/07 to Basking Ridge, NJ, same local address as above;

14          Return to California 1/3/08.

15          All other conditions of release shall remain the same.

16

17

18  Dated: December      , 2007                    _____

19                                                RICHARD SEEBORG
                                                  United States Magistrate Judge
20

21

22

23

24

25

26

27

28

3