UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, January 16, 2008
**Case Number:** CR-07-00613-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | UNITED STATES OF AMERICA V. CHRISTOPHER WILTSEE |

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Christopher Wiltsee |
| **Attorneys Present:** Joseph Fazioli | **Attorneys Present:** Alan Baum |

PROCEEDINGS:

Further status review hearing held. Counsel and defendant are present. Continued to 2/13/08 at 9:00 a.m. for further status review. 28 days are excluded for the reasons stated.