# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, February 13, 2008
**Case Number:** CR-07-00613-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. CHRISTOPHER WILTSEE**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Christopher Wiltsee |
| Attorneys Present: Susan Knight | Attorneys Present: Alan Baum |

PROCEEDINGS:
   Further status review hearing held.  Counsel and defendant are present. Continued to 3/19/08 at 9:00 a.m. for further status review.  35 days are excluded for the reasons stated.

Case 5:07-cr-00613-JF    Document 15    Filed 02/13/2008    Page 1 of 1