UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, March 19, 2008
**Case Number:** CR-07-00613-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**   **UNITED STATES OF AMERICA V. CHRISTOPHER WILTSEE**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Christopher Wiltsee |
| Attorneys Present: Joseph Fazioli | Attorneys Present: Alan Baum |

PROCEEDINGS:

   Disposition hearing held. Counsel and defendant are present. Defendant pleads guilty to count 1 of the Indictment. Continued to 6/4/08 at 9:00 a.m. for judgment and sentencing. Defendant is remanded today.