```
UNITED DEFENSE GROUP
ALAN BAUM, ESQ.
4181 Sunswept Dr.
Studio City, California 91604

Telephone: (818) 487-7400
Facsimile:  (818) 487-7414
E-Mail: abaum@udgmail.com

Attorney for Defendant,
Christopher Burt Wiltsee
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| UNITED STATES OF AMERICA | ) | Docket No CR 07-00613-JF |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION CONTINUING SENTENCING HEARING; (PROPOSED) ORDER |
| CHRISTOPHER BURT WILTSEE | ) | |
| Defendant. | ) | |

:

The parties, The United States of America by and through Assistant United States Attorney Joseph A. Fazioli and the Defendant, Christopher Burt Wiltsee, through his attorney of record, United Defense Group by Alan Baum, Esq., do hereby stipulate that the Sentencing Hearing presently set for June 4, 2008 at 9:00 A.M. be continued to July 2, 2008, at 8:00 A.M.

Dated: May 7, 2008      /s/ Alan Baum
                        Alan Baum
                        Attorney for Defendant

Dated: May 7, 2008      /s/ Joseph A. Fazioli
                        Joseph A. Fazioli
                        Assistant United States Attorney

(PROPOSED) ORDER

  Upon the Stipulation by the Parties and good cause appearing therefore. IT IS HEREBY ORDERED that the sentencing hearing in this matter be continued from June 4, 2008 at 9:00 A.M. to July 2, 2008, at 8:00 A.M.

DATED: _____

                    Jeremy Fogel
                    U.S. District Court Judge