# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Judgment and Sentencing Hearing, July 2, 2008
**Case Number:** CR-07-00613-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:** **UNITED STATES OF AMERICA V. CHRISTOPHER WILTSEE**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Christopher Wiltsee |
| **Attorneys Present:** Joseph Fazioli | **Attorneys Present:** Alan Baum |

PROCEEDINGS:

    Judgment and sentencing hearing held. Counsel and defendant are present. Defendant is sentenced to 60 months prison on count 1 of the Indictment; 7 years supervised release; $100.00 special assessment and $25,000.00 fine.