ALAN ELLIS
Law Offices of Alan Ellis
495 Miller Avenue, Suite 209
Mill Valley, CA 94941
PA Bar No. 17430
415-380-2550 Telephone
415-380-2555 Telefax

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-07000613-001 JF |
| Plaintiff, | ) ENTRY OF APPEARANCE |
| vs. | ) |
| CHRISTOPHER BURT WILTSEE, | ) |
| Defendant | ) |

Kindly enter my appearance on behalf of the Defendant, Christopher Burt Wiltsee in the above referenced matter.

Dated July 10, 2008

_____
ALAN ELLIS

Entry of Appearance - 1