1  ALAN ELLIS, ESQUIRE
   LAW OFFICES OF ALAN ELLIS
2  495 Miller Avenue, Suite 201
   Mill Valley, CA 94941
3  415-380-2550 Phone
   415-380-2555 Fax
4

5  UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
6

7

8  UNITED STATES OF AMERICA,           ) Case No.: 5:07-CR-613
                                       )
9          Plaintiff,                  ) EX PARTE MOTION TO AMEND THE JUDGMENT
                                       )
10     vs.                             ) Date:  July 23, 2008
                                       ) Time:  9:00 a.m.
11 CHRISTOPHER BURT WILTSEE,           ) Courtroom:  Hon. Jeremy Fogel
                                       )
12         Defendant                   )
                                       )
13

14      Defendant by his newly retained attorney, Alan Ellis, respectfully

15 moves this court to issue an Amended Judgment for the reasons set forth in

16 Exhibit A.

17      Assistant United States Attorney Joseph Fazioli has advised undersigned

18 counsel that the Government opposes the granting of this Motion because it is

19 his office's policy to oppose all post sentencing motions dealing with the

20 Bureau of Prisons.

21                                     Dated this 22nd day of July, 2008

22
                                       /s/_____
23                                     ALAN ELLIS

24

25

1