UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Law and Motion Hearing, July 23, 2008
**Case Number:** CR-07-00613-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. CHRISTOPHER WILTSEE**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| United States | Christopher Wiltsee |
| **Attorneys Present:** Joseph Fazioli | **Attorneys Present:** Alan Ellis |

---

PROCEEDINGS:

   Hearing on Motion to Amend the Judgment held.  Counsel are present.
  The Court grants the motion.