08/14/2008 08:40 PM EST

Case Debt Type Payment Report
U.S. Courts

Version 7.0.1

San Jose

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | CHRISTOPHER BURT WILTSEE | DCAN507CR000613 | 504100 | US VS WILTSEE SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 54611003459 | 1 | PR | 100.00 | 07/02/2008 |

Division Payment Total  100.00

Grand Total  100.00

$100.00 SPECIAL ASSESSMENT PAID IN FULL on 7/2/2008

Page 1 of 1